PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00555-01 GEB** |
| ) | |
| Daniel J. LOPEZ ) | |
| ) | |

On September 28, 2005, the above-named was placed on probation for a period of two years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.
Senior United States Probation Officer**

Dated:   March 26, 2007
         Modesto, California
         CKH:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

**Re:   Daniel J. LOPEZ**
    **Docket Number:   2:05CR00555-01 GEB**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Dated:  March 27, 2007

```
                    GARLAND E. BURRELL, JR.
                    United States District Judge
```

CKH:lr
Attachment:   Recommendation
cc:   United States Attorney's Office